

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of C.S.G., Jr., a Juvenile

No. 06-22-00006-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 21JV0037-CCL). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the juvenile court's orders of adjudication and disposition and remand the matter to the juvenile court for further proceedings consistent with this opinion.

We further order that the appellee pay all costs of this appeal.

RENDERED SEPTEMBER 9, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk